**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7405**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SHAWN F. ENGLE, a/k/a Shawn Forrest Engle,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:09-cr-00070-RGD-FBS-1)

Submitted:  January 5, 2021                          Decided:  February 22, 2021

Before DIAZ and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shawn F. Engle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn F. Engle appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). After reviewing the record, we conclude that the district court did not abuse its discretion in denying the motion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. *United States v. Engle*, No. 2:09-cr-00070-RGD-FBS-1 (E.D. Va. Sept. 1, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*